United States District Court
Southern District of Texas
FILED
FEB 02 2015
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Serafin ARCOS-RODRIGUEZ<br>DOB: 1974, Citizen of Mexico<br><br>_Defendant(s)_ | Case No. M-15-0158-M<br>Related: M-14-CR-1864<br>M-14-MJ-D159 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 31, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Importing into the United States from Mexico approximately 36 kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

Continued on the attached sheet.

Approved by
Joseph Leonard

_Complainant's signature_

Cesar Robles, SA Homeland Security Investigations
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/2/15

_Judge's signature_

City and state: __McAllen, Texas__

U.S. Magistrate Dorina Ramos
_Printed name and title_

## Attachment "A"

On January 31, 2015, at approximately 2:21 p.m., Serafin ARCOS-RODRIGUEZ, a citizen of Mexico, applied for admission to the United States through the Pharr, Texas Port of Entry (POE). ARCOS-RODRIGUEZ was driving a gold 2006 Honda Accord displaying Nuevo Leon, Mexico license plates SSN8775.

In primary inspection, Customs and Border Protection Officer (CBPO) I. Palomeque obtained a negative oral declaration from ARCOS-RODRIGUEZ. ARCOS-RODRIGUEZ stated he was coming from Monterrey, Nuevo Leon, Mexico and was going to McAllen, Texas to do some shopping. A general query of the license plate on the vehicle yielded possible involvement in transporting contraband in the vehicle. CBPO I. Palomeque then referred the vehicle to secondary for further inspection.

In secondary, CBPO R. Silva obtained a second oral negative declaration from ARCOS-RODRIGUEZ. CBPO R. Silva and CBPO M. Solis conducted an inspection of the vehicle and noticed tampering on the firewall of the vehicle. The vehicle was then taken to the VACIS for X-ray screening which indicated anomalies within the firewall of the vehicle. The vehicle was then taken back to secondary inspection area where a canine sweep was conducted. The canine alerted to the firewall area of the vehicle.

Upon further inspection, packages were seen in the firewall of the vehicle. The packages were probed and field tested, which tested positive for characteristics of cocaine. A total of forty (40) packages were extracted from the firewall of the vehicle with a total weight of approximately 36 kilograms.

At approximately 5:54 p.m., on January 31, 2015, ARCOS-RODRIGUEZ waived his Miranda Rights and agreed to be interviewed by HSI Special Agent Cesar Robles. During the interview ARCOS-RODRIGUEZ stated he had made two prior trips to Houston, Texas in a car that belonged to an individual from Mexico. ARCOS-RODRIGUEZ stated the car was registered under his name but he only drove it to make trips from Monterrey, Nuevo Leon, Mexico to Houston, Texas. ARCOS-RODRIGUEZ stated he would be instructed to drive the car to a hotel in Houston where unknown individuals would take possession of the car.

ARCOS-RODRIGUEZ stated he was given approximately $450 U.S. dollars on each trip to Houston, Texas for expenses. Upon returning the vehicle to Monterrey, Nuevo Leon, Mexico ARCOS-RODRIGUEZ would get paid approximately $10,000 Mexican pesos.

ARCOS-RODRIGUEZ stated he was never told the type of contraband he was smuggling but assumed he was transporting large quantities of money from Houston back into Mexico.